THIS OPINION
 HAS NO PRECEDENTIAL VALUE, IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Nathaniel
 Blakely, Appellant.
 
 
 

Appeal From Greenville County
 G. Edward Welmaker, Circuit Court Judge
Unpublished Opinion No. 2008-UP-685
Submitted December 1, 2008  Filed
 December 11, 2008    
AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Senior Assistant Attorney General Harold M. Coombs, Jr., all of Columbia;
 and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Nathaniel
 Blakely appeals his conviction of possession of crack cocaine and sentence of
 five years, suspended upon the service of three years imprisonment and three
 years probation.  Blakely argues the trial court erred by failing to direct a
 verdict in his favor.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  State v. McHoney, 344
 S.C. 85, 544 S.E.2d 30 (2001) (finding a case is properly submitted to the jury
 over a motion for directed verdict when any direct or substantial
 circumstantial evidence reasonably tending to prove guilt of the accused
 exists); State v. Heath, 370 S.C. 326, 635 S.E.2d 18 (2006) (holding
 constructive possession is shown by proving the defendant had dominion and
 control, or the right to exercise dominion or control over the drugs;
 constructive possession can be proven through direct or circumstantial
 evidence; and when drugs are found in the premises under the defendants control,
 knowledge and possession may be inferred).
AFFIRMED.
ANDERSON,
 HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.